| | |
|---|---|
| WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>Andrew N. Goldman (*pro hac vice* to be filed)<br>Charles C. Platt (*pro hac vice* to be filed)<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Tel: (212) 230-8800<br>Fax: (212) 230-8888<br>E-mail: andrew.goldman@wilmerhale.com<br>       charles.platt@wilmerhale.com<br><br>LARSON ZIRZOW & KAPLAN, LLC<br>Matthew C. Zirzow, NVB 7222<br>850 E. Bonneville Ave.<br>Las Vegas, Nevada 89101<br>Tel: (702) 382-1170<br>Fax: (702) 382-1169<br>E-mail: mzirzow@lzklegal.com<br><br>*Counsel to GLAS USA LLC* | GARMAN TURNER GORDON LLP<br>Erika Pike Turner<br>Gregory E. Garman<br>Gabrielle A. Hamm<br>Dylan Ciciliano<br>650 White Drive, Suite 100<br>Las Vegas, Nevada 89119<br>Tel: (725) 777-3000<br>Fax: (725) 777-3112<br>Email: ggarman@gtg.legal<br><br>*Counsel to EB Holdings II, Inc.* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EB HOLDINGS II, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>GLAS USA LLC,<br><br>    Defendant. | Case No. 2:18-cv-01096 |

**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS UNDER RULE 81(c)(2)**

**(First Request)**

EB Holdings II, Inc. and GLAS USA LLC (together, the "Parties") hereby stipulate to an extension of time for GLAS USA LLC to file responsive pleadings pursuant to Federal Rule of Civil Procedure 81(c)(2). As applicable here, Rule 81(c)(2) establishes that a "defendant who did not answer before removal must answer or present other defenses or objections under these rules within … 7 days after the notice of removal is filed." Pursuant to Rule 81(c)(2)(C), the Parties state that the deadline for GLAS's answer, motion, or other responsive pleadings, absent the order requested herein, would be June 27, 2018.

The Partes have stipulated to an extension of this June 27 deadline to **July 13, 2018**. Pursuant to LR IA 6-1, the Parties state that they have agreed to this extension to better accommodate counsel's schedule across multiple proceedings involving the Parties. This is the first stipulation for an extension of time to file responsive pleadings.

*[Continued on next page]*

Accordingly, the Parties respectfully request that this Court extend the time for GLAS USA LLC to file responsive pleadings under Rule 81(c)(2) until **July 13, 2018**.

June 20, 2018                                              Respectfully submitted,

/s/ *Gregory E. Garman*                                    /s/ *Matthew C. Zirzow*

Erika Pike Turner, NVB 6454                                Matthew C. Zirzow, NVB 7222
Gregory E. Garman, NVB 6654                                LARSON ZIRZOW & KAPLAN, LLC
Gabrielle A. Hamm, NVB 11588                               850 E. Bonneville Ave.
Dylan Ciciliano, NVB 12348                                 Las Vegas, Nevada 89101
GARMAN TURNER GORDON LLP                                   Tel: (702) 382-1170
650 White Drive, Suite 100                                 Fax: (702) 382-1169
Las Vegas, Nevada 89119                                     mzirzow@lzklegal.com
Tel: (725) 777-3000
Fax: (725) 777-3112                                        Andrew N. Goldman (*pro hac vice* to be filed)
 ggarman@gtg.legal                                         Charles C. Platt (*pro hac vice* to be filed)
                                                           WILMER CUTLER PICKERING
*Counsel to EB Holdings II, Inc.*                           HALE AND DORR, LLP
                                                           250 Greenwich Street
                                                           New York, NY 10007
                                                           Tel: (212) 230-8800
                                                           Fax: (212) 230 8888
                                                            andrew.goldman@wilmerhale.com
                                                            charles.platt@wilmerhale.com

                                                           *Counsel to GLAS USA LLC*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE,

DATED: June 21, 2018